IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

HARSH SHARMA,

    Plaintiff,

vs.

DOUGLAS MALLOY; SIMON
CRAUGSH; and YOLANDA
VIACARA,

    Defendants.

CIVIL ACTION NO.: CV210-106

# ORDER

I. **Eligibility to proceed on appeal *in forma pauperis***

Plaintiff has filed with this Court a motion to proceed on appeal *in forma pauperis*. Under 28 U.S.C. § 1915(a) (1)-(2), the prisoner must submit the following:

(1) an affidavit including a statement of the prisoner's assets and a declaration that the prisoner is unable to pay the filing fees and

(2) a certified copy of the trust fund account statement for the six-month period immediately preceding the filing of the notice of appeal.

These documents must be submitted even if the prisoner was permitted to proceed *in forma pauperis* in the district court. Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24(a), this Court hereby

\_\_ **GRANTS** the motion to proceed *in forma pauperis* on appeal;

_x_ **DENIES** the motion to proceed *in forma pauperis* on appeal for the following reason(s):

    \_\_ (1) This Court **CERTIFIES** that the appeal is not taken in good faith because _____

    \_\_ (2) The prisoner has failed to submit the affidavit required by 28 U.S.C. § 1915(a)(1).

    \_\_ (3) The prisoner has failed to submit the trust fund account statement required by 28 U.S.C. § 1915(a)(2).

    _X_ Other: The appeal is frivolous and without merit.

AO 72A
(Rev. 8/82)

## II. Installment Payment Provisions

Even if the prisoner is granted permission to proceed on appeal *in forma pauperis*, the prisoner is still required to pay the Court's filing fees. Pursuant to 28 U.S.C. § 1915 (b)(1), the prisoner is required to sign and return to the Clerk of this Court the **CONSENT FORM** which authorizes payment of the required $455.00 appellate filing fee from his or her prison account to the district court. A copy of this form is enclosed with the Plaintiff's service copy of this Order.

## III. Transcripts of Proceedings

__x__ This Court will not presently require the preparation of a transcript or the payment therefor by the United States. To the extent that a transcript of any portion of the District Court proceedings is required, the Court of Appeals may more economically direct which proceedings it requires to be transcribed.

___ The Court Reporter shall transcribe the proceedings as requested by the party proceeding *in forma pauperis* and the United States shall bear the expense.

**SO ORDERED**, this 17 day of September, 2010.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)